IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAPITAL COMMERCIAL          *
PROPERTIES, INC.            *
                            *
v.                          *   Civil No. JFM-01-3225
                            *
AMES REALTY II, INC., ET AL. *
                          *****

ORDER

The court having conferred with counsel and having been advised that there is no objection to this action being transferred to the United States Bankruptcy Court for the Southern District of New York in accordance the order entered by the Honorable Robert E. Gerber on October 23, 2001, it is, this 2nd day of November 2001

ORDERED that this action be transferred to the United States Bankruptcy Court for the Southern District of New York.

_____
J. Frederick Motz
United States District Judge